# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| H. SAGA INTERNATIONAL CO., LTD., a Taiwanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEILO CREATION, LLC, a California limited liability company; VARIO CORP., a California corporation; YUN SHUN CHEN, an individual; and SHU CHUAN EVA SHIH, an individual,<br><br>Defendants. | Case Number: 5:18-cv-01872-CJC-MAA<br><br>**JUDGMENT** |

**PURSUANT TO THE JOINT STIPULATION REGARDING ENTRY OF JUDGMENT, IT IS ORDERED THAT:**

Judgment is entered in favor of Plaintiff H. Saga International Co., Ltd. ("H. Saga") and jointly and severally against Defendants Meilo Creation, LLC ("Meilo"), Yun Shun Chen ("Chen"), and Shu Chuan Eva Shih ("Shih") in the amount of $2,640,129.33.

1     Judgment is further entered in favor of H. Saga and jointly and severally against Chen and Shih in the amount of $2,076,980.45.

    Attorneys' fees and costs in the amount of $21,000.00 be awarded to H. Saga and jointly and severally against Defendants Meilo, Chen, and Shih.

    The Court retains jurisdiction to enforce this Judgment.

Dated: November 20, 2019

                                     Honorable Cormac J. Carney
                                     United States District Court Judge